IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE DEAN MCINTYRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:10-cv-704-MEF (LEAD) |
| v. | ) | |
| | ) | (WO – Do Not Publish) |
| BRYAN DANIEL HAILESTOCK, | ) | |
| | ) | |
| Defendant. | ) | |

*************************************************************************

| | | |
|---|---|---|
| JAMES O'DWYER, as Administrator | ) | |
| of the Estate of April G. O'Dwyer, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:11-cv-434-MEF (MEMBER) |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DANIEL HAILESTOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant Bryan Daniel Hailestock's Second Motion for Summary Judgment (Doc. #36) filed on October 3, 2012, it is hereby

ORDERED that a telephonic status conference is set in this case for Wednesday, November 7, 2012, at 9:30 a.m. with the call to be arranged by counsel for Defendant.

DONE this the 31st day of October, 2012.

/s/ Mark E. Fuller
United States District Court Judge